# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Sandra K. Brandt, | Civil No. 09-1669 (RHK/AJB) |
| Plaintiff, | **ORDER EXTENDING TIME TO MOVE, ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT** |
| v. | |
| Allina Health Systems Long-Term Disability Benefit Plan; Allina Health Systems Life Insurance Benefit Plan; and Life Insurance Company of North America, a CIGNA Group Company, | |
| Defendants. | |

Pursuant to stipulation of the parties (Doc. No. 5), **IT IS ORDERED** that Defendant Life Insurance Company of North America's Answer is not yet due and will not be due until valid service of process of the Complaint upon it and in accordance with the Federal Rules of Civil Procedure.

Dated: August 17, 2009.

                                                            s/Richard H. Kyle
                                                            RICHARD H. KYLE
                                                            United States District Judge