# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Sandra K. Brandt, | Civil No. 09-1669 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Allina Health Systems Long-Term Disability Benefit Plan, Allina Health Systems Life Insurance Benefit Plan, Life Insurance Company of North America, a CIGNA Group Company, | |
| Defendants. | |

Based on the Stipulation of Dismissal with Prejudice (Doc. No. 44), **IT IS ORDERED** that all claims against all parties are hereby **DISMISSED WITH PREJUDICE** on the merits and without costs, disbursements or attorney fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 13, 2010

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
